James Flansburg, Respondent, v. The Town of Elbridge, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Rose Herkert, as Administratrix, etc., of Louis Herkert, Deceased, Respondent, v. Yawman and Erbe Manufacturing Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that as matter of law the defendant was not shown guilty of actionable negligence and that plaintiff's intestate was guilty of contributory negligence as matter of law. All concurred, except Spring and Kruse, JJ., who dissented.

Emma J. Weber, Respondent, v. Citizens' Trust Company of Utica, N. Y., Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Eastman Kodak Company, Respondent, v. Maurice Gottlieb Gennert and Others, Appellants, Impleaded with Dake Drug Company.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Robson, J., who dissented and voted for a modification of the order by striking out the provision restraining appellants from putting out, selling, etc., as Kodak acid fixing powder, any acid fixing powder other than that put out and sold by the plaintiff, etc.

Frank A. Nordin, Respondent, v. The Gould Coupler Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that no reasonable inspection could have discovered the defect complained of.

The People of the State of New York, Respondent, v. George Keith, Appellant.— Judgment affirmed. All concurred.

Barney Roche, Respondent, v. The Farmers' Fire Insurance Company of York, Pa., Appellant.— Judgment and order affirmed, with costs. All concurred.

George J. Peacock, Respondent, v. T. A. Snider Preserve Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Joseph Briskman, Appellant, v. John H. Eckhardt, Respondent.— Judgment affirmed, with costs. All concurred.

Anna Kowalska, Respondent, v. Theophilus Semelka, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, first, that the verdict is contrary to the evidence; second, that assuming defendant was guilty of the acts alleged, they were with the consent of the plaintiff; third, that the trial was conducted in a manner prejudicial to the defendant's rights in many respects. All concurred, Spring, J., in result only.

Clara Lessler, Respondent, v. Assets Realization Company, Appellant, Impleaded with John L. Ulrich, as Administrator, etc., of R. Ulrich